

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

William Brady Roe,                         * From the 220th District Court
                                             of Comanche County,
                                             Trial Court No. CR04494

Vs. No. 11-21-00157-CR                     * February 9, 2023

The State of Texas,                        * Opinion by Bailey, C.J.
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.